**Hon. Robert B. Leighton**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SAMUEL TARABOCHIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THURSTON COUNTY, a municipality; et al.,<br><br>Defendants. | NO. 3:18-cv-05056 RBL<br><br>STIPULATED MOTION AND ORDER TO TAKE THE PERPETUATION VIDEO DEPOSITION OF DR. RUSSELL VANDENBELT FOR USE AT TRIAL |

## I. MOTION

Comes now defendants and move the court for leave to take the video perpetuation deposition of Dr. Russell Vandenbelt for purposes of the trial in this matter. This motion is stipulated to by the plaintiff. This motion is based on Fed. R. Civ. P. 32(a)(4) and Fed. R. Civ. P. 16(b)(4), and the declaration of John E. Justice.

## II. FACTS RELEVANT TO THE MOTION

Dr. Vandenbelt was disclosed by defendants as a testifying expert in accordance with the Court's case schedule order. *Justice Dec.* He was deposed by plaintiff's counsel. *Id.* On March 12, 2019, defense counsel contacted Dr. Vandenbelt to identify any conflict dates during the

**STIPULATED MOTION AND ORDER TO TAKE THE PERPETUATION VIDEO DEPOSITION OF DR. RUSSELL VANDENBELT FOR USE AT TRIAL – 1**

**Cause No.: 3:18-cv-05056 RBL**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480 FAX: (360) 357-3511*

trial of this matter. *Id.* Dr. Vandenbelt indicated that he did not have the trial date on his calendar and had already purchased plane tickets to be out of the State during the two weeks of trial. *Id.* Defense counsel inadvertently had failed to communicate the trial date to Dr. Vandenbelt. *Id.* Defense counsel immediately notified plaintiff's counsel of the issue and sought agreement to a video perpetuation deposition of Dr. Vandenbelt for use at trial. *Id.* Plaintiff's counsel graciously agreed to stipulate to this motion. *Id.*

### III. LAW AND ARGUMENT

Federal Rule of Civil Procedure 32(a)(4) provides that the deposition of a witness may be used "for any purpose" at trial if he or she "is more than 100 miles from the place of hearing or trial or is outside the United States," or, "on motion and notice, that such exceptional circumstances make it desirable, in the interest of justice and with due regard to the importance of live testimony in open court, to permit the deposition to be used." Dr. Vandenbelt will be out of State for the two weeks of trial in this matter and thus he meets the test of Rule 32(a)(4).

While the deadline for taking despostions has passed, the Court can extend the deadline for good cause. Fed. R. Civ. P. 16(b)(4). The scheduling conflict in this case was a result of inadvertence and was brought to plaintiff's counsel's attention as soon as it was known and Plaintiff's counsel has stipulated to this deposition occurring. Defense counsel has been diligent in addressing this scheduling mistake and good cause exists to modify the case schedule for the taking of this deposition. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d

**STIPULATED MOTION AND ORDER TO TAKE THE PERPETUATION VIDEO DEPOSITION OF DR. RUSSELL VANDENBELT FOR USE AT TRIAL** – 2

**Cause No.: 3:18-cv-05056 RBL**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480 FAX: (360) 357-3511

604, 609 (9th Cir.1992) ("Rule 16(b)' s "good cause" standard primarily considers the diligence of the party seeking the amendment.")

DATED this 13th day of March, 2019.

    LAW, LYMAN, DANIEL,
    KAMERRER & BOGDANOVICH, P.S.

    */s/ John E. Justice*
    _____
    John E. Justice, WSBA № 23042
    Attorney for Thurston County Defendants
    Email: jjustice@lldkb.com

STIPULATED TO this 13th day of March, 2019.

    MACDONALD HOAGE & BAYLESS

    */s/ David Whedbee*
    _____
    David Whedbee, WSBA № 35977
    Attorney for Plaintiff
    Email: davidw@mhb.com

## ORDER

Based on the foregoing stipulated motion and for good cause shown, the Court hereby Orders that the Video Perpetuation Deposition of Dr. Russell Vandenbelt may be taken for use at trial in this matter.

DATED this 14th day of March, 2019.

    _____
    Ronald B. Leighton
    United States District Judge

**STIPULATED MOTION AND ORDER TO TAKE THE PERPETUATION VIDEO DEPOSITION OF DR. RUSSELL VANDENBELT FOR USE AT TRIAL – 3**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480 FAX: (360) 357-3511

**Cause No.: 3:18-cv-05056 RBL**

**PRESENTED BY:**

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

*/s/ John E. Justice*
_____
John E. Justice, WSBA № 23042
Attorney for Thurston County Defendants

**APPROVED AS TO FORM:**

MACDONALD HOAGE & BAYLESS

*/s/ David Whedbee*
_____
David Whedbee, WSBA № 35977
Attorney for Plaintiff

**STIPULATED MOTION AND ORDER TO TAKE THE PERPETUATION VIDEO DEPOSITION OF DR. RUSSELL VANDENBELT FOR USE AT TRIAL – 4**

**Cause No.: 3:18-cv-05056 RBL**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480 FAX: (360) 357-3511*